# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street–10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

12/18/19

December 16, 2019

**BY ECF**

Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **United States v. Anthony Ricardo Morgan,**
      **19 Cr. 399 (VLB)**

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 12/16/19
White Plains, NY

Dear Judge Briccetti:

   I write with the consent of the government to request an extension of time in which to file the defense sentencing memorandum on behalf of Mr. Morgan in advance of his January 16, 2020 sentencing. In light of the upcoming winter holidays and related travel and because the final PSR is not yet available, I respectfully request that the defense submission be made due on January 9, 2020 and that the government's submission be made due on January 13, 2020. I seek no adjournment of the sentencing date. As noted, the government consents to this request.

Respectfully submitted,

/s/
Clay H. Kaminsky, Esq.
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Courtney Heavy