UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

ANTHONY RICARDO MORGAN,
               Defendant.
------------------------------------------------------x

**ORDER**

19 CR 399 (VB)

At the sentencing hearing on January 16, 2020, for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, defendant Anthony Ricardo Morgan is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: January 16, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge